**TATE & KIRLIN ASSOCIATES**
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

2810 Southampton Road
Philadelphia PA 19154
ADDRESS SERVICE REQUESTED

April 23, 2007

Current Creditor:   LVNV FUNDING LLC
Previous Creditor:  SEARS PREMIER CARD
Account Number:     1710050767818862
Balance:            $4417.56

#BWNKGZZ
#TY61AAABF9#   8639609-015
Gale Golden
674 Castro St
San Francisco CA  94114-2518

EXHIBIT 1

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA  19154-1207

IMPORTANT: To receive proper credit be sure to enclose this portion with you payment in full.

*** Detach Upper Portion and Return with Payment ***

000244-TATE1015TY61AAABF9

Current Creditor:   LVNV FUNDING LLC
Previous Creditor:  SEARS PREMIER CARD
Account Number:     1710050767818862
Balance:            $4417.56

Dear Gale Golden,

LVNV FUNDING LLC has purchased the above referenced account from the above Previous Creditor. LVNV FUNDING LLC has placed your account with this agency for collection.

Your account is seriously past due and must be paid in full. Please remit the entire balance due to our office using the return envelope provided. If you have any questions or wish to discuss your account with one of our representatives please call us at the toll free number listed above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgement against you and mail you a copy of such judgement or verification. If you request in writing within 30 days after receiving this notice, this office will provide you the name and address of the original credit grantor, if different from the current credit grantor.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Change of Address:_____ City:_____ State:____ Zip:_____
Home Telephone #:_____ Business Telephone #:_____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

$_____   ____/____
Account Number        Payment Amount        Expire Date

Card Holder Name                                Signature of Card Holder

**PLEASE SEE SECOND PAGE IMPORTANT PRIVACY NOTICE**
Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA 19154 • Toll free (877) 982-0001 • (267) 407-0101

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Sherman Acquisition, LP | Sherman Acquisition, L.L.C. | Ascent Card Services, LLC |
| Resurgent Capital Services L.P. | FNBM, LLC | LVNV Funding LLC |
| | | Ascent Card Services II, LLC |

**Information we may collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and security of collected information** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with affiliates and third parties**

    **Sharing With Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

    **Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.**

    This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.