# **REFUSE TO PAY LETTER**

May 4, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7005-3110-0000-4788-4268**

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

Re:    Creditor:    LVNV Funding/ Sears Premier Card
         Account No.: 1710050767818862

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Gale Golden
674 Castro Street
San Francisco, CA 94114-2518



2810 Southampton Road
Philadelphia PA 19154
**ADDRESS SERVICE REQUESTED**

# TATE & KIRLIN ASSOCIATES
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

April 23, 2007

Current Creditor:   LVNV FUNDING LLC
Previous Creditor:  SEARS PREMIER CARD
Account Number:   1710050767818862
Balance:              $4417.56

#BWNKGZZ
#TY61AAABF9#     8639609-015
Gale Golden
674 Castro St
San Francisco CA 94114-2518

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA 19154-1207

---

IMPORTANT: To receive proper credit be sure to enclose this portion with you payment in full.

*** Detach Upper Portion and Return with Payment ***

000244-TATE1015TY61AAABF9

| Current Creditor: | LVNV FUNDING LLC |
| Previous Creditor: | SEARS PREMIER CARD |
| Account Number: | 1710050767818862 |
| Balance: | $4417.56 |

Dear Gale Golden,

LVNV FUNDING LLC has purchased the above referenced account from the above Previous Creditor.  LVNV FUNDING LLC has placed your account with this agency for collection.

Your account is seriously past due and must be paid in full.  Please remit the entire balance due to our office using the return envelope provided.  If you have any questions or wish to discuss your account with one of our representatives please call us at the toll free number listed above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgement against you and mail you a copy of such judgement or verification.  If you request in writing within 30 days after receiving this notice, this office will provide you the name and address of the original credit grantor, if different from the current credit grantor.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that purpose.  This is a communication from a debt collector.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

| Change of Address: | City: | State: | Zip: |
| Home Telephone #: | Business Telephone #: | | |

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

| Account Number | Payment Amount | Expire Date |

| Card Holder Name | Signature of Card Holder |

**PLEASE SEE SECOND PAGE IMPORTANT PRIVACY NOTICE**
Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA 19154 • Toll free (877) 982-0001 • (267) 407-0101