# TATE & KIRLIN ASSOCIATES
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

2810 Southampton Road
Philadelphia PA 19154
ADDRESS SERVICE REQUESTED

August 8, 2007

Creditor: LVNV FUNDING LLC
Client Ref: 1710050767818862
Account #: 8639609
Total Due: $4485.93

#BWNKGZZ
#TY6D7D7A27#   8639609-078
Gale Golden
674 Castro St
San Francisco CA 94114-2518

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA 19154-1207

*** Detach Upper Portion and Return with Payment ***

000740-TATE1064TY6D7D7A27

Creditor:       SHERMAN ACQUISITIONS LP
Client Ref #:   1710050767818862
Account #:      8639609

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 80% of your balance or $3588.74 to resolve this debt. This payment must be received in our office by 08/29/07 or this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine if this settlement offer can be made in installments.

Please retain the lower portion of this letter for your records.

Yours Truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection company.

EXHIBIT 5

Change of Address:_____ City:_____ State:_____ Zip:_____
Home Telephone #:_____ Business Telephone #:_____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

$ _____     ___/___
Account Number        Payment Amount        Expire Date

Card Holder Name                              Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA 19154 • Toll free (877) 982-0001 • (267) 407-0101

2810 Southampton Road
Philadelphia PA 19154
ADDRESS SERVICE REQUESTED

#BWNKGZZ
#TY6D7D7A27#   8639609-078
Gale Golden
674 Castro St
San Francisco CA 94114-2518

PRESORTED
FIRST CLASS



US POSTAGE $00.334
AUG 10 2007
ZIP 48126
0001105
21 6950571