Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
GALE GOLDEN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GALE GOLDEN,<br><br>            Plaintiff,<br><br>v.<br><br>TATE & KIRLIN ASSOCIATES, INC., a Pennsylvania corporation,<br><br>            Defendant. | Case No. C07-05164-PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, GALE GOLDEN, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notify this Court that Plaintiff, GALE GOLDEN, hereby dismiss, with prejudice, all claims made by her against Defendant, TATE & KIRLIN ASSOCIATES, INC., in her Complaint filed herein on October 7, 2007. Plaintiff further notifies the Court that her dispute with Defendant has been settled.

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
     Fred W. Schwinn, Esq.
     Attorney for Plaintiff
     GALE GOLDEN

12/5/07

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                                                   Case No. C07-05164-PJH